UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISMAEL VALDEZ,

    Plaintiff,

v.

SANTA CRUZ COUNTY, et al.,

    Defendants.

Case No. 25-cv-01370-JST

**ORDER OF DISMISSAL**

Plaintiff has filed a *pro se* action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a pleading requesting that this case be closed.  ECF No. 11.  The Court construes this pleading as a request for voluntary dismissal pursuant to Fed. R. Civ. P. 41.  Fed. R. Civ. P. 41(a)(1) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, and that such dismissal is without prejudice.  Fed. R. Civ. P. 41(a)(1).  Defendants have not yet been served in this action.  Accordingly, Plaintiff's request for voluntary dismissal is GRANTED.  ECF No. 11.  This action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated:  May 13, 2025

                                          JON S. TIGAR
                                   United States District Judge